FILED

Jeremiah William Balik, wifey Milana Aleksandrovna Vayntrub,
BAR NUMBER: N/A
HungryMan Productions C/o Milana A Vayntrub, 4641 Leahy Street, Culver City, CA 90232 P# (310) 264-3000
Alt Address: UPS Store, 213 N. Stephanie Street, Ste G, Henderson, NV 89074,
store5960@theupsstore.com (702) 567-5960
JB: (608) 220-5103 MV: (323) 633-1987
Fax Ventura County Law Library (805) 642-7177
Jeremiah.Balik@alumni.northwestern.edu & managemilana@gmail.com
liveprudegirls@gmail.com & MilanaVayntrubandJeremiahBalik@gmail.com
Truth Social: @MilanaVayntrub777JeremiahBalik – INSTAgram/TikTok/X: @mintmilana
Non Licensed Attorney In Nevada [May sit for California BAR], Appellant "In Pro Per"

2024 OCT -1 AM 9:30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

S|F

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| **JEREMIAH WILLIAM BALIK,**<br>**Plaintiff,**<br>**vs.**<br>**UBER TECHNOLOGIES, INC, RASIER CA, LLC, GEICO INSURANCE AGENCY, LLC, BIGELOW HOLDINGS, LLC**<br>**Defendants,** | **Case No.:** 2:24-cv-08432-TJH(PVCx)<br>**COMPLAINT FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |

PAID
OCT 1 2024
CLERK, U.S. DISTRICT COURT
COURT 4612

## JURISDICTION

1. This court has jurisdiction under section 28 U.S. Code §§ 1332 1331; Diversity Jurisdiction and Federal Question Jurisdiction respectively pursuant to collusion claim . The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the

sum or value of $75,000, exclusive of interest and costs, and is between (1) citizens of different states.

## VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because Defendants are domiciled in this district and forum state of California. 28 US Code § 1391(b)(2) – all events set out below occurred within district of Nevada ( Las Vegas) and Central district of California (Los Angeles).

## PARTIES

3. Plaintiff, Jeremiah W. Balik [love interest Milana A Vayntrub is not a party to this action] holds a Nevada Real ID drivers license - mailing address is Hungryman Productions c/o Milana A Vayntrub, 4641 Leahy Street, Culver City, CA 90232 – please mail court documents to: UPS Store 5698, 12277 Apple Valley Road, Apple Valley, CA 92308 (760) 240-4817 Store5698@theupsstore.com

4. Defendant, UBER TECHNOLOGIES INC, RASIER CA, LLC * (201326310085), is incorporated in Delaware, and domiciled at 1725 3rd Street, San Francisco, CA 94158

UBER GREENLIGHT, 5031 Wagon Trail Avenue, Ste 111 Las Vegas, NV 89118

CEO: Dara Khosrowshahi AON Risk Ins

* UBER was dropped by James River Ins in 2019, New Provider in CA is Progressive & NV State Farm in Woodland Hills, CA. Policy # 606715887

Agent for Service of Process: 1505 Corporation, CT Corporation 330 N Brand Blvd, Glendale, CA 91203 (800) 799-5142

5. Defendant, GEICO INSURANCE AGENCY, LLC (202127710744), 5260 Western Avenue, Chevy Chase, MD 20815 Mailing: One Geico Blvd, Fredericksburg, CA 22412 CEO: Todd Combs [ Herein "GEICO"]

Agent for Service of Process: CT Corporation

6. Defendant, BIGELOW HOLDINGS, LLC, 4640 S. Eastern Avenue, Las Vegas, NV 89119 (702) 456-1606 Corporate counsel Kirk L. Williams #6172 lwilliams@rtbigelow.com

CEO: Robert Bigelow

Agent for Service of Process: Attorney Kurt Bonds, Hall & Evans LLC, 1160 N. Town Center Drive, Ste 330, Las Vegas, NV 89144 (702) 998-1022

## INSTANT ACTION INTRODUCTION

7. Defendant "UBER" quakes like a rideshare company that acts like a sole technology company with independent 1099 "Gig" contractors. Under *Goldberg* "Prop 22" standards, UBER is an employer with "Gig" employees. Defendant offers a smartphone application ( "UBER App") to connect people looking for transportation ("riders") to transportation providers ( "drivers") looking for riders. When drivers seek to use Defendant's UBER App to begin connecting with

riders, they must enter into the Technology Services Agreement ( "TSA") with Defendant's subsidiary, Raiser, or a related entity. A driver must be approved and complete a laundry list of items before driving with and using Defendant's UBER App. One cardinal laundry list item is vehicle insurance with rideshare endorsements, of which defendant GEICO Insurance Agency, LLC ( "GEICO") does not currently handle. GEICO refers drivers to their preferred commercial insurance partners. Another laundry list item is a business license with respective State, driver will be primarily picking up riders in – under the guise of a 1099 "Gig" contractor. Plaintiff's Nevada State business license is under Shteren {Yiddish for Star} Entertainment Rideshare #NV20232935350. Plaintiff's business address was Budget Suites Las Vegas apartment #A315, owned by Defendant BIGELOW HOLDINGS, LLC ( "Bigelow LV"). Plaintiff plausibly alleges Defendants collectively engaged in negligence under California and Nevada laws and GEICO engaged in collusion with astronomical rideshare endorsement insurance quotes with commercial partners. As a result of defendant's alleged negligent misconduct, Plaintiff is entitled to relief. Plaintiff has a Masters degree from Northwestern University and met with Stanford Law School in 2016. Plaintiff held CISCO certifications CCNP, CCDP – sold technology to law enforcement agencies and worked for blue chip companies

+ The Uber Story: Fraud, Betrayal, Death & Cars
Magnates Media, Youtube

Kraft Foods, AT&T in Los Angeles/Chicago as a TSCII and Verizon in Los Angeles and Verizon Wireless in Chicago.

## STATEMENT OF FACTS/COUNTS

8. At or around October 2023, Plaintiff registered 2022 Audi Q5 at DMV in Henderson, NV. Plaintiff was in discussions to sell vehicle back to Audi Las Vegas, before driving for UBER.★ { Vehicle purchase price around $50,000 and registration $1363.25 calculated per damages} Plaintiff got Las Vegas Metropolitan Police Department support license plates PD5379. Plaintiff kept and registered vehicle with specific intent to drive with defendant UBER. One cause of action and claim #2 is for **detrimental reliance.** See Exhibits -1

→ Dealership kept spare Key FOB

9. At or around October 2023, Plaintiff began the process of registering and signing up to drive for UBER in Las Vegas. Some of laundry list items for approval to use the Uber App included: (Not exhaustive or in order)

a. Passing background check – clean driving record and criminal background. Plaintiff received email from defendant UBER on 10/24/2023 from uber@uber.com letting Plaintiff know third party background by Checkr was complete. [ Note: Plaintiff passed a background check which includes an FBI screening to get on Nellis Airforce base] Exhibit 2

★ Spending $ 740.00 a month, car note with Santander / VW Credit.

b. Taking a picture on smartphone and uploading valid Insurance, valid Drivers License/REAL ID, Registration. Exhibit 3

c. Paying vehicle inspection fee and passing vehicle inspection at Uber Exhibit 4 Greenlight, 5031 Wagon Trail Avenue, Ste 1121, Las Vegas, NV 89118

d. Getting Nevada business license per 1099 Gig employee status –rather contractor status. [ Shteren Rideshare Entertainment as noted in introduction – Plaintiff planned to combine Uber with Cameo E.g. $500.00 for Plaintiff to sing happy birthday to a F1 European rider that recognized Plaintiff from small roles on TV https://www.youtube.com/watch?v=gUDEEFoT24A NBC The Pretender, S01E06 To Serve And Protect. Plaintiff booked a 5 lines and under gig – lines got cut ] Exhibit 5

e. Completing on-line training. Plaintiff received email 11/1/2023 stating safety education/RAINN was required to continue driving with Uber.

f. Proper functioning smart phone – Plaintiff was spending $125.00 a month with Verizon wireless, phone number (725) 230-6486 and had an iPhone 13 Pro [Plaintiff now has a Motorola with US Cellular]

g. Setting up a direct deposit with Plaintiff's USAA account.

h. Speaking with accountant, tax lawyer, IRS tax preparer. 1099 Gig contractor withholding – State of Nevada has no state income tax.

10. 10/25/2023 Plaintiff received email stating "You're ready to go, Jeremiah!" – all the documents had been cleared. Defendant GEICO insurance was cleared?

11. Plaintiff stated to defendant UBER [ in person reps at Uber Greenlight office and inspection facility in Las Vegas & assigned Uber rep at defendant's headquarters in San Francisco, CA] that Plaintiff wanted to handle convention riders on the Las Vegas strip [driving from Mega Resort Casino to Mega Resort Casino] and riders going to Harry Reid International Airport ["LAS"]. Plaintiff was required to purchase a clark county license for $75.00 to pick up riders from LAS. Uber Rep at San Francisco headquarters [ herein "Uber415Rep"] had a duty of care to inform Plaintiff of said license and did not. Las Vegas Metropolitan Police Department [herein "LVMPD"] – Airport Bureau aggressively enforces [ MetroPDAirport@lvmpd.com ] Plaintiff alleges Uber415Rep intentionally forgot to mention airport license, in the hopes Plaintiff would get cited. [ Plaintiff got three LVMPD traffic citations dismissed due to 4th Amendment violations – improper use of tracking technology] Exhibit 6

12. Plaintiff has had insurance with defendant GEICO for around 15 years. Plaintiff called GEICO to check coverages and discuss rideshare endorsements. GEICO referred Plaintiff to "commercial partners" for additional coverage. Plaintiff called commercial partners for quotes that will be filed with court after initial filing. Plaintiff got multiple quotes as is customary. One quote from biBerk

↙ Exhibit 7

Insurance, proposal 9295082 was for $1382.92 a month in addition to around ~~$160.00~~ 279.62 Plaintiff was spending with GEICO. Plaintiff alleges negligence and pleads cause of action/claim for **collusion** between GEICO and commercial partners and will need additional discovery to prove up factual allegations.

13. Plaintiff reached out to Progressive Insurance that has competitive rates and actively promulgates rideshare endorsements. Plaintiff's love interest Milana Vayntrub's best friends are Jade Catta Preta, Heather Pasternak and Lindsay Ames. Plaintiff met them all at Jimmy Kimmel's comedy club at or around February 17, 2023. A true and accurate picture attached hereto.★ Jade Catta Preta and Lindsay Ames star in many Progressive commercials. Plaintiff never received a quote from Progressive – received "powers-to-be enforcers" run around.

13. Upon Plaintiff passing background check and completing laundry list; Uber415Rep pressed or induced Plaintiff to start driving via text messages [ Plaintiff will subpoena Verizon Wireless for records/print outs, if necessary, may require court enjoined order.] Plaintiff told Uber415Rep to pump the brakes, because GEICO did not do commercial, rideshare endorsements. Short time went by and Uber415Rep induced Plaintiff to start driving, it was as if Uber415Rep was being prompted by "powers-to-be enforcers" Ambassador to Japan Rahm Emanuel and former Congressman Fred S. Upton. Getting into the "legal weeds" on aforementioned enforcers is beyond the scope of this complaint. If the court

★ Pic Exhibit 8

would like more information, please see the footnotes to a fully compliant SCOTUS Petition for Writ of Certiorari Plaintiff filed per *Balik v AMG Property Management Co et al*, 87797, Supreme Court of Nevada, docket #24-15939.

Third cause of action/Claim #3 for **fraudulent inducement**.

14. Uber415Rep and reps at Uber Greenlight in Las Vegas officed kept pressing Plaintiff to start driving and taking advantage of current promotions. Plaintiff was approved to drive by Uber, even though Uber knew Plaintiff did not have proper commercial coverage/rideshare endorsements with defendant GEICO.

15. Being induced to start driving – Plaintiff picked up and dropped off first rider on or about Halloween of 2023.

15. Uber drivers are encouraged and financially incented by:

a. Performing a high volume of rider pickups and drop offs. Plaintiff recalls one promotion that was heavily emailed to Plaintiff - emailed dated 11/04/2023 stating "Earn at least $2,030 for your first 220 trips, guaranteed" – driver needed to complete 220 rides in Las Vegas by Nov 24. Jumping from one Mega Resort Casino to another MRC with a rider counts as 1 ride. Exhibit 9

[Plaintiff was told some drivers come from LA to drive in Las Vegas – that some are making $5,000 - $6,000 a week and month]

b. Uber drivers also make additional money during rush hours ["surge pricing"]

c. Tips – average $5.00 via App or cash payment.

d. Uber X – Since Plaintiff was driving a luxury vehicle, Plaintiff handled more discerning riders looking for luxury willing to pay more. Exhibit 10

16. When Plaintiff visited Los Angeles over Thanksgiving 2023, Plaintiff opened Uber App to try and pick up a rider. Plaintiff was not allowed to pick up Uber riders primarily due to having no State of California coverage with GEICO.

17. Through legal research conducted at San Bernardino County Law Library on 9/16/2024, Plaintiff found out Nevada law requires transportation network companies ["TNC"] like Uber (either alone or in combination with its drivers) to "continuously provide, during any period in which the driver is providing transportation services, transportation network company insurance...for the tort payment of tort liabilities arising from the maintenance or use of the motor vehicle." Nev. Rev. Stat. § 690B.470(1), *Martin v James River Ins. Co* 366 F. Supp. 3d 1186 "A duty to defend and indemnify the driver and the TNC" Nev Rev Stats § 690B.470(7) UBER quakes like a duck, like a TNC – thought they are a "technology" company though? At any rate, UBER is negligent

17. Plaintiff relied on being a driver for UBER. Plaintiff performed great handling convention business, Raider/Aces/GoldenKnights [Athletics MLB soon] rider traffic, Formula One European riders and SuperBowl 58. Plaintiff heard of doctors and lawyers doing a few rides during the weekends for Uber and Lyft. Plaintiff recalls 2 to 3 hour rideshare backups at Venetian MRC ["Mega Resort Casino"] during

MSG Sphere events. Las Vegas is probably the perfect market for rideshare, followed by markets like Atlantic City or perhaps Macau SAR/China. Some riders were even "fast & loose with tips" like the slot machines they were playing.

18.Plaintiff received his first 5 star rating on or about 10/31/2023. Exhibit 11

19. Plaintiff sent defendant GEICO CEO Todd Combs a Las Vegas postcard in early November 2023 encouraging GEICO to consider doing rideshare endorsements. At or around mid to late December 2023, Plaintiff received a letter from GEICO underwriting department stating that GEICO would drop coverage if Plaintiff did not stop driving for UBER. How did defendant truly know Plaintiff was driving for UBER? Did someone take a picture and send it in? *See Paragraph 22

20. Plaintiff texted, called and emailed GEICO and GEICO underwriting department that Plaintiff had quit driving for Uber. Plaintiff also was told by Uber Las Vegas rep that they gave GEICO verification that Plaintiff stopped driving – Plaintiff also deleted UBER App from iPhone. [Apple and Verizon Wireless IT department can corroborate UBER App deletion] If GEICO did drop insurance coverage at some point, Plaintiff is entitled to relief.

21. LAPD/Los Angeles Police Dept Dirty cop plot: Plaintiff received credible intel; that enforcer former US Congressman Fred S Upton aka Green enforcer, was planning to have an UBER rider plant drugs in Plaintiff's vehicle in Las Vegas. When

Plaintiff traveled to Los Angeles in 2024 [ Milana A Vayntrub and other friends lives in LA], a dirty LAPD cop would pull Plaintiff over, and perform search and find illicit drugs.

a. Plaintiff's ex-girlfriend Kee Kee L Thomas is a Los Angeles Sheriff's Dept., deputy – she chose Plaintiff over LAPD Detective Barry Blocker.

b. Plaintiff prevailed in *Balik v Half Moon Hotel*, 15cv02604, Santa Barbara Superior Court. Civil tort case involved a rogue LAPD Pacific Division officer – Plaintiff had a good working relationship with then Captain Dominic Choi.

c. Traffic Citation #E156106 LASC Chatsworth was dismissed for police misconduct. Upon LAPD Internal Affairs investigation, traffic officer was demoted to Van Nuys jail.

d. Plaintiff sued FRED S UPTON FOUNDATION per *Balik v City of Torrance, et al*, 2:18cv02174-RFB(EJY), Las Vegas Federal Court. [side note: Plaintiff never received a hearing and was unjustly declared a vexatious litigant – prefiling conditions for 42 US Code § 1983 cases. Plaintiff sat next to a US Attorney at a Las Vegas Golden Knights game December 2019 and shared stories about Judge Richard F. Boulware. She was not a fan either. See Paragraph 29.]

e. Plaintiff use to sell technology to law enforcement agencies – one such deal involved working with the Mayor and Police Chief of City of North Chicago. Also

see https://www.youtube.com/watch?v=wzSgLpNrr2E The Stingray: How Law Enforcement Can Track Your Every Move, ABC 11, North Carolina

f. FBI Los Angeles Field Office helped to exonerate Plaintiff per SBA8TR0527001, *People v Balik*, LASC Torrance.

LAPD Plot was another reason Plaintiff quit driving for UBER. This plot would have never come up if Plaintiff was not driving for defendant. Plaintiff claims **intentional infliction of emotional distress.**

*22. Plaintiff has police lights or "berries" in vehicle. Sole purchase of lights purchased on Amazon was for promulgating a reimagined "COPS" movie to WarnerBros Studios for Milana Vayntrub [AT&T "Lily Adams"] to act in and produce. A Tiktok was done with WarnerBros Studio's water tower in the background. Uploaded on old Truth Social handle @MilanaVayntrub_Balik under media.

23. Plaintiff proselytized driving for UBER, Plaintiff got others to start driving. E.g. Plaintiff's neighbor at Budget Suites Las Vegas - Mike (808) 990-7518 worked as an accountant for a locals mega resort casino. After talking to him, he started driving for Lyft on days off. Mike told Plaintiff, he wanted to drive for UBER, but didn't pass background check.

24. Plaintiff lived at Budget Suites owned by defendant BIGELOW HOLDINGS, LLC** located at 8440 Las Vegas Blvd South, Apt #A315, Las Vegas, NV 89123-1607 from June 2023 – January 2024. Aforementioned address was Plaintiff's business address. Plaintiff spent around $1400.00 in rent every month. Plaintiff always paid rent on time.

25. Plaintiff was able to truthfully register vehicle based on aforementioned address with defendant BIGELOW. As a result of defendant's negligence, Plaintiff can no longer truthfully register vehicle at personal and business address. Plaintiff will file separate brief seeking **injunctive relief** per registration. Plaintiff would like to maintain law enforcement license plates. Law enforcement has discretion in issuing traffic citations – court order would go a long way. [Plaintiff could remove state matter to Federal Court etc] / Exhibit 12

26. At or around October 2023; Plaintiff placed around 50 flyers on tenets vehicles that had out of state license plates [ Bigelow Holding employees included – primary states of California, Arizona and Texas] letting them know per NRS, they must register vehicles in Nevada. Plaintiff had California license plates picked up from Lompoc, CA DMV. [Plaintiff lived at Vandenberg Space Force base for a month or so] Plaintiff had to switch over license plates + Plaintiff was trying to help teachers get pay raises etc. [Note: multiply all the out of state vehicles in Las Vegas/Henderson/North Las Vegas CMSA that could

generate a lot of DMV fees.] Plaintiff also met with LVMPD Enterprise division to inform them of Plaintiff's actions. Plaintiff's activities are protected under NRS § 118 510(b) – Plaintiff plausibly alleges BIGELOW engaged in negligence in not protecting Plaintiff per protected activity and retaliated via a "no cause" eviction of Plaintiff. Plaintiff further alleges BIGELOW employees withheld USPS mail. Judicial notice - *Balik v Bigelow Holdings*, A-24-892863-A, Eighth Judicial District Court. *Res judicata* does not apply, Plaintiff did not litigate under negligence per A24892863A {Supra} **Unjust enrichment claim #4**

***Robert Bigelow donated millions to President Donald Trump's campaign. Elon Musk also donated millions and went on one date with Plaintiff's love interest Milana Vayntrub in Palm Springs, CA in early 2022. Elon Musk is infatuated with Milana.* * (*Milana is not married, has no child)

27. Plaintiff is not licensed to practice law in California or Nevada. Plaintiff has prevailed in over 5 cases against competent, licensed attorney's. In addition to any compensatory and or punitive damages, Plaintiff seeks **non licensed attorney fees.** Plaintiff realizes tortfeasor UBER may try and compel Arbitration – non licensed attorney fees are appropriate.

28. Plaintiff reserves the right to move court per FAC if necessary, and to add additional defendants per permissive joinder FRCP 20.

Exhibit 13 - Plaintiff tried to negotiate in good faith with Δ Bigelow's counsel of record before filing above captioned complaint & Summons.

29. Plaintiff caught former Marquis Aurbach Coffing Attorney Patrick McDonell #13188 in a lie in a 12(b)(6) motion. Attorney McDonnell was representing FRED S UPTON FOUNDATION per 2:18cv02174-RFB(EJY) {Supra} Upon noting lie in a USCA 9th Circuit brief, Attorney McDonnell was subsequently terminated "sacked" from MacLawfirm. Plaintiff alleges Attorney McDonell retaliated by going after Plaintiff's VA benefits. [Note: Patrick McDonell's new law firm Michaelson law had a VA practice area.] Plaintiff spent 1.5 years litigating appellate matter, *Balik v Secretary of the VA Denis McDonough*, 21-7848, USCA for Veterans Claims. Plaintiff prevailed.

**CLAIM 1: CAUSE OF ACTION – NEGLIGENCE**

29. (Rule 8) Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 29 as if set forth herein.

30. By doing the acts described above in Paragraphs 8-27, Defendants caused and or permitted negligence – which a trier of fact can draw a reasonable inference from.

31. As a direct proximate result of the foregoing, Plaintiff has been damaged as recited above and demands and is entitled to the damages recited in the First Cause of Action, including, but not limited to, general and punitive damages

Negligence and California Code, Civil Code - CIV § 1714

Plaintiff is bringing a complaint against defendants in above captioned under negligence. There are four basic elements of negligence under California/Nevada state law: duty, breach, causation, and damages.

The defendant had a duty (to either commit an act or refrain from committing an act)

The defendant breached this duty (was "negligent" in their duty)

The defendant's breach of duty caused the plaintiff's injury(ies)

The defendant's actions were the proximate cause of the injuries (in other words, the breach of the defendant's duty sufficiently related to the cause of the plaintiff's injuries)

The plaintiff suffered actual damages (such as the cost of rehab, lost wages, pain, and suffering, etc.)

**California Civil Code 1714 explains that a** person can be held responsible for injuries resulting from their reckless, negligent, or intentional actions, even if they didn't mean to cause harm

"imposes a general duty of care on a defendant only when it is the defendant who has created a risk of harm to the plaintiff, including when the defendant is responsible for making the plaintiff's position worse." *Kuciemba v Victory Woodworks, Inc.*, 14 Cal. 5th 993, 1016 310 Cal. Rptr. 3d 97, 531 P.3d 924 (2023)

**CLAIM 2: CAUSE OF ACTION DETRIMENTAL RELIANCE**

32. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 29 as if set forth herein.

33. By doing the acts described above in Paragraphs 8-27, Defendant UBER caused and or permitted detrimental reliance – which a trier of fact can draw a reasonable inference from. Plaintiff kept Audi vehicle and registered vehicle to drive for defendant.

34. As a direct proximate result of the foregoing, Plaintiff has been damaged as recited above and demands and is entitled to the damages recited in the Second Cause of Action, including, but not limited to, general and punitive damages

## **CLAIM 3: FRAUDULENT INDUCEMENT**

35. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 29 as if set forth herein.

36. By doing the acts described above in Paragraphs 8-27, Defendant UBER caused and or permitted fraudulent inducement – which a trier of fact can draw a reasonable inference from. Plaintiff kept Audi vehicle and registered vehicle to drive for defendant.

37. As a direct proximate result of the foregoing, Plaintiff has been damaged as recited above and demands and is entitled to the damages recited in the third Cause of Action, including, but not limited to, general and punitive damages

## CLAIM 4: UNJUST ENRICHMENT AND DUE PROCESS VIOLATIONS

38. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 29 as if set forth herein.

39. By doing the acts described above in Paragraphs 8-27, Defendant BIGELOW caused and or permitted unjust enrichment and due process violations – which a trier of fact can draw a reasonable inference from. Plaintiff kept Audi vehicle and registered vehicle to drive for defendant.

40. Unjust enrichment occurs when Party A confers a benefit upon Party B without Party A receiving the proper restitution required by law. This typically occurs in a contractual agreement when Party A fulfills their part of the agreement and Party B does not fulfill their part of the agreement

41. BIGELOW has Plaintiff's personal possessions. Demand letter went on 9/16/2024 USPS regular mail for Defendant to cut a check for amount/value of said personal possessions.

The Supreme Court has held that the Due Process Clause was not intended to supplant tort law, or to become "a font of tort law to be superimposed upon whatever systems may already be administered by the states."Against this backdrop, to state a claim for a deprivation of Due Process, a plaintiff must show: (1) that he possessed a constitutionally protected property interest; and (2) that

he was deprived of that interest without due process of law.Due process property interests are created by "existing rules or understandings that stem from an independent source such as state law--rules or understanding that secure certain benefits and that support claims of entitlement to those benefits."To have a property interest protected by the Due Process Clause, "a person must have more than an abstract need or desire for it. He must have more than a unilateral expectation of it. He must, instead, have a legitimate claim of entitlement to it."

42. As a direct proximate result of the foregoing, Plaintiff has been damaged as recited above and demands and is entitled to the damages recited in the Fourth Cause of Action, including, but not limited to, general and punitive damages

**CLAIM 5: COA – COLLUSION**

43. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 29 as if set forth herein.

44. By doing the acts described above in Paragraphs 8-27, Defendant GEICO caused and or permitted collusion – which a trier of fact can draw a reasonable inference from.

45. As a direct proximate result of the foregoing, Plaintiff has been damaged as recited above and demands and is entitled to the damages recited in the fifth Cause of Action, including, but not limited to, general and punitive damages

## JURY DEMANDED

46. Plaintiff, hereby request a trial by jury, pursuant to California Code Civ Proc § 631 and Rule 38 of the Federal Rules of Civil Procedure. 7th Amendment

## PRAYER FOR RELIEF

47. WHEREFORE, Plaintiff prays judgment against Defendants, and that this Court grant Plaintiff the following relief:

AS TO EACH CAUSE OF ACTION AS APPLICABLE

1. For General damages according to proof;
2. For Special damages according to proof;
3. For Punitive damages as provided by law [not applicable with some Defendants]
4. For non licensed attorney's fees pursuant to 42 U.S.C § 1988 and injunctive relief.
5. For such other and further relief as the Court may deem proper.

Respectfully submitted,

Jeremiah W. Balik

Jeremiah W. Balik Pro Per

Dated this 21 day of ~~October~~ September, 2024

@ San Bernardino Law Library

01OCT24

L'shana tovah

Affidavit of service or process attached hereto

*ACORD101 Ins Policy: Underinsured & uninsured covered CA - waived in NV

*GEICO had a partnership with Lyft in California at one point - paid drivers $0.25 per ride credit up to $100.00

*YOUTUBE CITATION: We put 7 Uber Drivers in One Room. What we found will shock You. More Perfect Union - looks at AWDI algorithm Wage Discrimination. https://youtu.be/OEXJmNj6SPk?si=aGiGm Guf-MmfCXwdg

$50,000 covered by uber/Lyft in Nevada or 50/100

| Period 1 | Period 2 | Period 3 |
|---|---|---|
| Rideshare App open - driving around. | ride accepted - En route to pick up rider. | rider in drivers vehicle |

$1 Million 3rd party liability CA

$1.5 million NV

*Some rideshare endorsement coverage, only covers Period 1. Even though TNC's cover Period 2 & Period 3 - Uber in Nevada opted out of UIM on their policy with James River Ins. Many Nevada & California drivers are playing roulette - hoping for no accidents, esp with UIM.

JURAT -A notary public or other officer completing this certificate verifies only the identity of the individual, who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Bernardino

Subscribed and sworn to (or affirmed) before mo on this 21st day of September 20 24 by Jeremiah W. Balik proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

[signature] (Seal)

Signature

NATHALIA STEDMAN
Notary Public - California
San Bernardino County
Commission # 2483852
My Comm. Expires Mar 5, 2028

Judicial Levity:
Rideshare endorsement coverage = Some one has to pay for all the personal injury law firm advertising seen in Los Angeles & Las Vegas.

STATE OF NEVADA

DEPARTMENT OF MOTOR VEHICLES

# RECEIPT

PRINTED BY: 11318
TRAN EMP ID: 11318
LOCATION: HENDERSON DMV

DATE: 10/30/2023
TIME: 10:17:31
F Y: 2024

**Super Tran Id :** 172125097

| Completed Transactions | Fees | Date Paid |
|---|---|---|
| 1. NEW REGISTRATION FOR WA1ABAFY9N2099120/ AUDI/ Q5 PREMIUM 40/ 2022/ PD5379 | $1,363.25 | 10-30-2023 |

| | |
|---|---|
| VIN Inspection | $1.00 |
| Late Registration Fee | $48.00 |
| Prison Industry Fee | $1.00 |
| GOVERNMENTAL SERVICES TAX PENALTY | $109.00 |
| Registration Fee Passenger Vehicles | $52.25 |
| BASIC GOV SERVICES TAX - CLARK | $874.00 |
| SUPPLEMENTAL GOV SERVICES TAX - CLARK | $218.00 |
| Friends of LV Metro Plate - Original | $35.00 |
| Friends of LV Metro Plate Fund - Original | $25.00 |
| Total Fees Due: | $1,363.25 |

**Method of Payment**

| Payment Type | Payment Number | Paid Amount | Date Paid |
|---|---|---|---|
| CREDIT CARD | | $1,363.25 | 10-30-2023 |
| | Total Fees Paid: | **$1,363.25** | |

Mail body: Staples #2

# Your background check is complete

Checkr Background Service
to jeremiah.balik@alumni.northwestern.edu
10/24/2023, 2:21 PM
checkr.com

Uber

background check by checkr

## Jeremiah, your Uber background check is complete

Information is being reported that could potentially impact your employment or engagement. It is important that you review your report.

Exhibit 2

GEICO
geico.com

Tel: 1-800-MILITARY
1-800-645-4827

# Declarations Page

This is a description of your coverage.
Please retain for your records.

GEICO Secure Insurance Company
P.O. Box 509090
San Diego, CA 92150-9090

**Policy Number: 4391-47-70-17**
**Coverage Period:**
06-16-23 through 12-16-23
Your coverage begins and ends at 12:01am local time at the address of the named insured.

Endorsement Effective: 10-21-23

Date Issued: October 21, 2023

JEREMIAH WILLIAM BALIK
A315
8440 LAS VEGAS BLVD S
LAS VEGAS NV 89123-1607

Email Address: jeremiah.balik@alumni.northwestern.edu

1064017179 00000554 00000002/00000002 00001968/00007771

| Named Insured | Additional Drivers |
|---|---|
| Jeremiah William Balik | None |

VW credit

| Vehicle | VIN | Vehicle Location | Finance Company/ Lienholder |
|---|---|---|---|
| 1 2022 Audi Q5 | WA1ABAFY9N2099120 | LAS VEGAS NV 89123-1607 | WELLS FARGO AUTO FIN INC |

| Coverages* | Limits and/or Deductibles | Vehicle 1 |
|---|---|---|
| Bodily Injury Liability Each Person/Each Occurrence | $100,000/$300,000 | $569.25 |
| Property Damage Liability | $50,000 | $192.68 |
| Policy Uninsured/Underinsured Motorists Each Person/Each Occurrence | $100,000/$300,000 | $431.09 |
| Comprehensive (Excluding Collision) | $1,000 Ded | $53.37 |
| Collision | $500 Ded | $396.90 |
| Rental Reimbursement | $50 Per Day $1,500 Max | $34.43 |
| **Total Six Month Premium** | | **$1,677.72** |

$279.62 a month

*Coverage applies where a premium or $0.00 is shown for a vehicle.

If you elect to pay your premium in installments, you maybe subject to an additional fee for each installment. The fee amount will be shown on your billing statements and is subject to change.

*200001439147701727094001968*

T-B
DEC_PAGE (03-14) (Page 1 of 2)

Exhibit 3

26

Continued on Back

*Important Information*

Here are your Policy Identification Cards. Two cards have been provided for each vehicle insured. Please destroy your old cards when the new cards become effective.

Due to space limitations on the ID card, only the Named Insured and the Co-insured are listed. For a full list of drivers covered under this policy, please reference the Drivers section of your Declarations Page (page 7).

Please notify us promptly of any change in your address to be sure you receive all important policy documents. Prompt notification will enable us to service you better.

Your policy is recorded under the name and policy number shown on the card. If you would like additional ID cards, you can go online to **geico.com** or call us at **1-800-MILITARY.**

GEICO
geico.com

Nevada Insurance Identification Card
1-800-MILITARY

**GEICO ADVANTAGE INSURANCE COMPANY**
P.O. Box 509090 • San Diego, CA 92150-9090

**NAIC Company Code:** 14138

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| 4391-47-70-17 | 01-03-23 | 07-03-23 |

| Year | Make | Model | Vehicle ID No. |
|---|---|---|---|
| 2022 | AUDI | Q5 | WA1ABAFY9N2099120 |

**Insured:**
**Jeremiah William Balik**
4330 N Las Vegas Blvd
Pinnacle Apartments Apt #28
Las Vegas NV 89115

This evidence of insurance has been approved by the Nevada Commissioner of Insurance.

973248840 00000057 00000003/00000005 00000203/00001959

JEREMIAH BALIK
4330 N LAS VEGAS BLVD
PINNACLE APARTMENTS APT #28
LAS VEGAS NV 89115

*2000214391477017270740000203*

GEICO
geico.com

Nevada Insurance Identification Card
1-800-MILITARY

**GEICO ADVANTAGE INSURANCE COMPANY**
P.O. Box 509090 • San Diego, CA 92150-9090

**NAIC Company Code:** 14138

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| 4391-47-70-17 | 01-03-23 | 07-03-23 |

| Year | Make | Model | Vehicle ID No. |
|---|---|---|---|
| 2022 | AUDI | Q5 | WA1ABAFY9N2099120 |

**Insured:**
**Jeremiah William Balik**
4330 N Las Vegas Blvd
Pinnacle Apartments Apt #28
Las Vegas NV 89115

This evidence of insurance has been approved by the Nevada Commissioner of Insurance.

Exhibit 3 27

### Important Information

Here are your Policy Identification Cards. Two cards have been provided for each vehicle insured. Please destroy your old cards when the new cards become effective.

Due to space limitations on the ID card, only the Named Insured and the Co-insured are listed. For a full list of drivers covered under this policy, please reference the Drivers section of your Declarations Page (page 9).

Please notify us promptly of any change in your address to be sure you receive all important policy documents. Prompt notification will enable us to service you better.

Your policy is recorded under the name and policy number shown on the card. If you would like additional ID cards, you can go online to **geico.com** or call us at **1-800-MILITARY.**

**GEICO**
geico.com

Nevada Insurance Identification Card
1-800-MILITARY

**GEICO ADVANTAGE INSURANCE COMPANY**
P.O. Box 509090 • San Diego, CA 92150-9090

**NAIC Company Code:** 14138

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| 4391-47-70-17 | 01-03-23 | 07-03-23 |

| Year | Make | Model | Vehicle ID No. |
|---|---|---|---|
| 2011 | TOYOTA | PRIUS | JTDKN3DU0B0269014 |

**Insured:**
**Jeremiah William Balik**
27 West Anapamu Street #4
Jeremiah Balik Milana Vayntrub
Santa Barbara CA 93101

This evidence of insurance has been approved by the Nevada Commissioner of Insurance.

gifted Toyota to Veteran
See Balik v AMG property mgmt.
SCNV

JEREMIAH BALIK
27 WEST ANAPAMU STREET #4
JEREMIAH BALIK MILANA VAYNTRUB
SANTA BARBARA CA 93101

983884300 00000178 00000003/00000006 00000688/00006417

**GEICO**
geico.com

Nevada Insurance Identification Card
1-800-MILITARY

**GEICO ADVANTAGE INSURANCE COMPANY**
P.O. Box 509090 • San Diego, CA 92150-9090

**NAIC Company Code:** 14138

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| 4391-47-70-17 | 01-03-23 | 07-03-23 |

| Year | Make | Model | Vehicle ID No. |
|---|---|---|---|
| 2011 | TOYOTA | PRIUS | JTDKN3DU0B0269014 |

**Insured:**
**Jeremiah William Balik**
27 West Anapamu Street #4
Jeremiah Balik Milana Vayntrub
Santa Barbara CA 93101

This evidence of insurance has been approved by the Nevada Commissioner of Insurance.

*000021439147701727074000688*

JES #2009

Exhibit 3

# Vehicle Inspection

FORM UPDATED 02.04.19

TO BE COMPLETED BY VEHICLE OPERATOR ↓

| | |
|---|---|
| JEREMIAH BALIK | 725 230 6486 |
| FULL NAME | PHONE NUMBER |

## INSPECTION POINTS

| Item | Result | Item | Result |
|---|---|---|---|
| HEADLIGHTS | ☑ PASS ☐ FAIL | REAR WINDOW & OTHER GLASS | ☑ PASS ☐ FAIL |
| TAIL LIGHTS | ☑ PASS ☐ FAIL | WINDSHIELD WIPERS | ☑ PASS ☐ FAIL |
| TURN INDICATOR LIGHTS | ☑ PASS ☐ FAIL | FRONT SEAT ADJUSTMENT | ☑ PASS ☐ FAIL |
| STOP LIGHTS | ☑ PASS ☐ FAIL | DOORS (Open/Close/Lock) | ☑ PASS ☐ FAIL |
| FOOT BRAKES (Pads/Shoes thickness) 95% | ☑ PASS ☐ FAIL | HORN | ☑ PASS ☐ FAIL |
| EMERGENCY/PARKING BRAKE | ☑ PASS ☐ FAIL | SPEEDOMETER | ☑ PASS ☐ FAIL |
| STEERING MECHANISM | ☑ PASS ☐ FAIL | BUMPERS | ☑ PASS ☐ FAIL |
| WINDSHIELD | ☑ PASS ☐ FAIL | MUFFLER AND EXHAUST SYSTEM | ☑ PASS ☐ FAIL |
| SAFETY BELTS FOR DRIVERS & PASSENGERS | ☑ PASS ☐ FAIL | TIRES, INCL TREAD DEPTH RF 8 9 | ☑ PASS ☐ FAIL |
| IS VEHICLE TAXI OR COMMERCIALLY WRAPPED? | ☐ YES ☑ NO | INTERIOR & EXTERIOR REAR VIEW MIRRORS | ☑ PASS ☐ FAIL |

**VEHICLE INSPECTION RESULTS (Inspector to circle)**

Any markings on the 'FAIL' side will automatically fail inspection. Taxi's and commercially wrapped vehicles will automatically fail inspection. All fields of the vehicle inspection form must be completed by your inspector to be accepted upon upload to your Uber driver account.

**PASS** (circled) **FAIL**

Oct 23, 2023
Inspection Date

TO BE COMPLETED BY INSPECTOR ↓

| | | | |
|---|---|---|---|
| 13533 | NV | 000628960 | WA1ABAFY9N2099120 |
| VEHICLE MILEAGE | LICENSE PLATE STATE | LICENSE PLATE NUMBER | VIN |
| AUDI | Q5 | 2022 | 4 |
| VEHICLE MAKE | VEHICLE MODEL | VEHICLE YEAR | NUMBER OF DOORS |

| | |
|---|---|
| temp (YES/NO circled) | 10/2023 |
| HAS REGISTRATION STICKER? (YES/NO) | REGISTRATION STICKER MONTH/YEAR (MM/YY) |
| Tire Kickers, LLC | 5031 Wagon Trail Ave. Las Vegas, NV 89118 |
| INSPECTOR COMPANY | INSPECTOR ADDRESS |
| Wendy | [signature] |
| INSPECTOR NAME | INSPECTOR SIGNATURE |

NV20151520022
STATE CERTIFICATION NUMBER

Exhibit 4 29

Mail body: Staples #6

Exhibit 4




Temp Reg NX-831-693

# CLARK COUNTY BUSINESS LICENSE

**LICENSE NUMBER:** 2065842-048-122

**LICENSE PERIOD:** 11/01/2023 - 10/31/2024

**POST IN A CONSPICUOUS PLACE AT THE BUSINESS LOCATION**

**ISSUED TO:**
Balik Jeremiah
8440 Las Vegas Blvd S A315
Las Vegas, NV 89123

**BUSINESS LOCATION ADDRESS:**

8440 Las Vegas Blvd S A315
Las Vegas, NV 89123

**TYPE OF LICENSE: Driver DRI - Independent Contractor**

**All signage must conform to standards set forth in Clark County Codes 30.72 and 30.48. Business owners are responsible to keep business property free of trash and graffiti, conform to all zoning codes requirements and, if applicable, all conditions set forth in a Notice of Final Action issued by Comprehensive Planning.**

Driver DRI - Independent Contractor:
Pursuant to NRS 706A.180 (1)(c), a driver may not be connected to potential passengers if the motor vehicle operated by the driver to provide transportation services is designed to carry more than 8 passengers including the driver.
Per Clark County Title 30 requirements, vehicles designed to transport 16 or more passengers, including the driver, are considered commercial vehicles and are not permitted in conjunction with a home occupation.

**DISCLAIMER**

**ISSUANCE OF A BUSINESS LICENSE IS NOT AN ENDORSEMENT OF THE BUSINESS PRACTICE OF THE LICENSEE.**

**PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

Vincent V. Queano

**VINCENT V. QUEANO**
DIRECTOR OF BUSINESS LICENSE

Exhibit 5

**DEPARTMENT OF BUSINESS LICENSE**
500 S GRAND CENTRAL PARKWAY
BOX 551810
LAS VEGAS NV 89155-1810
PHONE: (702) 455-4252

PDF Print Receipt

**Clark County Business License Department**
**Las Vegas, Nevada**
**Business License Receipt**

**Transaction Date** **10/26/2023** **Cashier** **Paulette Mouton**
**Receipt #** **3108649**
Receipt Identification: Balik Jeremiah

**Money Tendered**

| Type | Amount | Check/Debit Card # | Payer Name |
|---|---|---|---|
| Debit Card | $70.00 | 3886-0015858 | Balik Jeremiah |
| Total | $70.00 | | |

**Distribution**

| License | MultiJ | Use | Amount | Business Name | Paid From | Paid To | BY |
|---|---|---|---|---|---|---|---|
| 2065842.048-122 | | NEW | 70.00 | Balik Jeremiah | 11/2023 | 10/2024 | Paulette Mouton |

**Renewal Data**

| License From | License Thru | Fee |
|---|---|---|
| November | October | $25.00 |

**CONGRATULATIONS! You have completed the registration portion of your application.**

**The final approval of your license is subject to all necessary inspection requirements being met.**

**Upon final approval, your business license will be mailed to your business location.**

**Please remember, you may not legally operate your business until you receive your license.**

Exhibit 5

# Justice Court, Las Vegas Township
# Clark County, Nevada

Department: 12

## Court Minutes

L015578050

**LVM0528876** **The State of Nevada vs. Balik, Jeremiah William** Lead Atty: JEREMIAH BALIK

**1/11/2023 9:00:00 AM Bench Trial (No Bail Posted.)** Result: Off Calendar

| | | |
|---|---|---|
| **PARTIES PRESENT:** | State Of Nevada | Eldar, Elan Adam |
| | Defendant | Balik, Jeremiah William |
| **Judge:** | Sullivan, Diana L. | |
| **Court Reporter:** | Delucca, Gerri | |
| **Court Clerk:** | Westbay, Stephanie | |

**PROCEEDINGS**

Events: **Case Closed - Dismissed State Not Proceeding**

**Judgment Entered**

**Motion**

*Defendant's motion to set traffic trail moot*

Plea/Disp: **1: Impede traffic by traveling too slow or stopping on roadway [53885]**

Disposition: Dismissed - State Not Proceeding (Nolle Prosequi)

**2: Unlawfully text send read or talk w/o hands-free device on cell phn while driving (1st) [55927]**

Disposition: Dismissed - State Not Proceeding (Nolle Prosequi)

**3: Windshield or window tinting violation [54046]**

Disposition: Dismissed - State Not Proceeding (Nolle Prosequi)

# Justice Court, Las Vegas Township
# Clark County, Nevada

## Court Minutes

Department: 12

L015578052

**105893116** **The State of Nevada vs. BALIK, JEREMIAH** Lead Atty: JEREMIAH BALIK

**1/11/2023 9:00:00 AM Bench Trial (No Bail Posted)** Result: Off Calendar

| | | |
|---|---|---|
| **PARTIES PRESENT:** | State Of Nevada | Eldar, Elan Adam |
| | Defendant | BALIK, JEREMIAH |

| | |
|---|---|
| **Judge:** | Sullivan, Diana L. |
| **Court Reporter:** | Delucca, Gerri |
| **Court Clerk:** | Westbay, Stephanie |

**PROCEEDINGS**

Events: **Case Closed - Dismissed State Not Proceeding**

**Judgment Entered**

Plea/Disp: **1: Improper or prohibited U-turn [53824]**
Disposition: Dismissed - State Not Proceeding (Nolle Prosequi)



Exhibit 6 34

State of California—Transportation Agency GAVIN NEWSOM, Governor

**DEPARTMENT OF CALIFORNIA HIGHWAY PATROL**
4115 Broad St., Suite B-10
San Luis Obispo, CA 93401
(805) 549-3261
(800) 735-2929 (TT/TDD)
(800) 735-2922 (Voice)

*USCA 9th Circuit Case #22-15831

September 2, 2021

File No.: 701.13693.17791

Mr. Jeremiah Balik
+16266206010@tmomail.net

Dear Mr. Balik,

Recently, Coastal Division completed its inquiry into concerns you expressed in your correspondence sent to the Office of Internal Affairs. I would like to apprise you of our findings in this matter.

The investigation focused on your concern that on April 13, 2019, while off-duty, an officer with the California Highway Patrol (CHP) Coastal Division unnecessarily held you at gunpoint during your interaction at the United States Post Office in Thousand Oaks, California. Our inquiry found the officer that held you at gunpoint is not, and never has been, an employee of the CHP. As such, we consider this inquiry closed.

Should you have additional questions or concerns, I would encourage you to speak with the Ventura County Sheriff's Office as the agency with jurisdictional authority.

Sincerely,

L. M. MAPLES, Chief
Coastal Division

Traffic Citations #105893116 & LVM0528876 may be retaliation per this incident. Ventura County Sheriff Bill Ayub is a former North Las Vegas Police Department officer. As Court is aware, Defend settled with City of North Las Vegas Nov 18, 202 per 2:21cv01701-RFB Las Vegas Federal Court

*Safety, Service, and Security* *An Internationally Accredited Agency*

#4

Exhibit 6 35

Mail body: Staples VðŸŽLLEY

# biBERK Insurance Proposal 9295082

biBERK
to jeremiah.balik@alumni.northwestern.edu
10/30/2023, 7:49 AM

biBerk
by Berkshire Hathaway

## Shteren Enetertainment Ride Share

Thank you for providing biBERK the opportunity to quote your Commercial Auto insurance. Our mission is to protect your business so you have the peace to do what you do best.

**Commercial Auto Quote: 9295082**

12 monthly payments of

**$1,382.92/month (Last month $1,382.88)**

Policy Start Date 11/1/2023 Coverage for one year.

Quote pricing is valid if purchased before the policy start date.

**Review Your Quote**

COVERAGES

Exhibit 7

- Bodily Injury Property Damage (BIPD)

1 Vehicle(s) have Comprehensive/Collision

Medical Payments

Uninsured / Underinsured Motorists BI ✓

VEHICLE LIMITS

| | |
|---|---|
| 2022 AUDI Q5 | $500/$500 |

AUTO LIABILITY LIMITS

| | |
|---|---|
| Uninsured / Underinsured Motorists BI | $100,000 |
| Medical Payments | $1,000 |

Delete Archive Move Forward More

Yahoo Mail: Search, Organize, Conquer

Plaintiff received multiple quotes, Some via email & verbal. All were alarmingly high - suggesting collusion. All the elements for collusion COA are satisfied.


Purple Reign
Jesus Christ 'Reigns
↗ Lt Balik
John 4 Heaven
Mark 10:9
Lindsay Ames
Heather Pasternak
Jade Catta Preta
08MAR24
Milana A Vayntrub & Jeremiah W Balik
4EVER
www.instagram.com
jon bass on Instagram: "bad shabbos is
Upcoming movie "Bad Shabbos"
Purple Wedding Ideas
BARSTOW
66
MILAN IS IN
resist persist

Exhibit 8

38

Mail body: Staples 3

Exhibit 9

## ← Fwd: Don't forget: You have a guarante...

**From:** Uber <uber@uber.com>
**Date:** November 4, 2023 at 5:51:07 AM PDT
**To:** jeremiah.balik@alumni.northwestern.edu
**Subject: Don't forget: You have a guaranteed earnings offer**

Uber



# Earn at least $2,030 for your first 220 trips, guaranteed

Earn at least $2,030, guaranteed, when you complete 220 rides trips in Las Vegas by Nov 24. If you earn less after completing the offer requirements, we'll pay the difference. If you earn more, it's yours to keep. Terms apply.*

Go online →

Exhibit 10
"Uber X"

# 2022 Q5 40 TFSI quattro

**STANDARD EQUIPMENT** (unless replaced by options)

**TECHNICAL**
- 2.0 TFSI® I4 engine
- 18" 5-arm-star design wheels w/ all season tires
- 7-speed S tronic® transmission w/ quattro® all-wheel drive system
- Energy recuperation system and engine start-stop
- Space-saving spare tire

**COMFORT/TECHNOLOGY**
- Aluminum front door sill inlays
- Aluminum roof rails with crossbars
- Audi connect® CARE (limited time subscription)
- Audi drive select
- Audi MMI® touch display w/ 10.1" screen
- Audi smartphone interface
- Audi sound system
- Auto-dimming interior mirror w/ compass
- Bluetooth® w/ audio streaming
- Brown Walnut wood inlays
- Garage door opener (HomeLink®)
- Driver information system w/ 7" color display
- Heated front seats
- Heated, power exterior mirrors
- High-beam assist
- Integrated Toll Module®: Nationwide Toll Collection Technology (subscription req'd)
- Leather seating surfaces
- LED headlights
- Power adjustable front seats with driver lumbar
- Power tailgate
- Rear privacy glass and USB charge ports
- Sliding 40/20/40 split-folding 2nd row with adjustable recline
- Three-zone automatic climate control with digital rear display
- 3-spoke multi-function steering wheel w/ shift paddles

**SAFETY/CONVENIENCE**
- Advanced Airbag Protection System with 6 airbags
- Anti-lock Braking System (ABS) w/ Brake Assist
- Electronic Stabilization Control (ESC), multi-mode
- Electronic vehicle immobilization w/ anti-theft alarm & interior motion sensor
- Tire Pressure Monitoring System (TPMS)
- Front & rear parking sensors w/ rearview camera
- Audi pre sense basic (preventative occupant protection)
- Audi pre sense city (forward collision warning & avoidance assistance)
- Child safety locks in rear doors, power
- Lower Anchors and Tethers for CHildren (LATCH)
- Lane Departure Warning (LDW)
- Audi side assist (blind spot warning)
- Rear cross-traffic warning

**WARRANTY/MAINTENANCE**
- 12 Year Limited Warranty Against Corrosion Perforation*
- 4 Year/50,000 mile (whichever occurs first) New Vehicle Limited Warranty*
- 4 Years Roadside Assistance coverage provided by a third party supplier*
*Please refer to the 2022 Audi Warranty and Maintenance Booklet for complete coverage information.

| **Base Manufacturer's Suggested Retail Price:** | **$43,300.00** |
|---|---|
| **PACKAGES / OPTIONS** | |
| Florett Silver metallic | $595.00 |
| Black with Rock Gray stitching | Included |
| Convenience package | $1,100.00 |
| Memory for driver's seat | |
| Auto-dimming, power-folding exterior mirrors with memory | |
| SiriusXM® w/ 360L (3 mo. trial, accpt. Terms req'd) | |
| Audi advanced key | |
| Heated steering wheel | |
| Cargo cover | $275.00 |
| Audi Beam - Rings | $275.00 |
| Audi Guard All-Weather Floor Mats | $205.00 |
| First Aid Kit | $50.00 |
| Gray-Brown Birch natural wood inlays | Included |
| Destination Charge | $1,195.00 |
| **Subtotal:** | **$46,995.00** |
| **DELETE - Integrated toll module** | **-$125.00** |
| **DELETE - Audi side assist & rear cross traffic warning** | **-$350.00** |
| **Total Manufacturer's Suggested Retail Price:** | **$46,520.00** |

Fuel, license, title fees, taxes and dealer-installed accessories are not included.

**PARTS CONTENT INFORMATION**

For Vehicles In This Carline

For This Vehicle:

Mail body: Staples 4

Exhibit 11

# Congrats on your first 5-star rating!

Uber

Sender verified by Yahoo

to jeremiah.balik@alumni.northwestern.edu

10/31/2023, 7:06 PM

www.uber.com



Mail body: Staples #7

Exhibit 12

Re: 23C003631 Appeal to District Court...






2:41 5G

Delete Reply all Reply Forward More

Yahoo Mail: Search, Organize, Conquer

Mail body: Staples 5

# RE: ⚖️ #3

Me
4:55 PM
Unfortunately will seek other remedies with Bigelow Holdings. Thank you Respectfully submitted, Milana ...

Me
4:55 PM
To: bondsk@hallevans.com & 11 more

Unfortunately will seek other remedies with Bigelow Holdings.
Thank you

Respectfully submitted,

Milana Vayntrub & Jeremiah Balik

CC: DQ rahm Emanuel & former Congressman Fred Upton

Yahoo Mail: Search, Organize, Conquer

On Tue, Sep 24, 2024 at 4:51 PM, Bonds, Kurt R.
<bondsk@hallevans.com> wrote:

> They are not going to cut you a check for your clothes etc.
> Just come by the property to pick up your items.

Attorney Kurt Bonds Exhibit 13 44

Kurt R. Bonds | Member

Kurt R. Bonds | Member
bondsk@hallevans.com
Tel: 702-998-1022

**Hall & Evans, LLC**
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144

HALL & EVANS LLC
ATTORNEYS AT LAW
AZ | CO | ID | IL | MO | MT | NM | NV | UT | WY
website | bio | LinkedIn

Delete Reply all Reply Forward More

Yahoo Mail: Search. Organize. Conquer

Exhibit 13

Truth Social: @milanavayntrub77Jeremiah Balik

+ MISC Exhibit 14





Rec Letter from Prez. Obama

Illinois Veteran



US Sen. Mark Kirk

---------- Forwarded message ----------
From: **Harris, Kamala (Harris)** <Kamala_Harris@harris.senate.gov>
Date: Thu, Jan 5, 2017 at 3:34 PM
Subject: RE: Super 8 Hotel Azusa Pleading [04JAN17]
To: Jeremiah Balik <shteren.entertainment@gmail.com>

Dear Jeremiah,

Thank you for reaching out to Senator Harris. Can you please provide more information about the issue you would like addressed and on what the attached document is in reference to?

Best,

Brittany Carmon
Staff Assistant
Senator Kamala D. Harris



US Sen. Kamala Harris

Mensch doing Mitzvahs * Mr. Mark 9:2



US Sen. Dianne Feinstein



US Sen. Barbara Boxer



US Sen. Richard Durbin
[Northwestern U Letter of Rec]



US Sen. Chuck Grassley











US Sen. Tammy Baldwin

**Wifey Milana A Vayntrub Balik**





US Sen. Harkin
USPTO Letter



Also US Sen. Kohl

Late Great US Sen. Paul Simon
[Drake U / Kappa Sigma Fraternity Letter of Rec]

★ Romans 10:9

46

Truth Social: @milanavayntrub77 Jeremiah Balik

#Jeremiah William Balik

Mensch doing Mitzvahs * Mr. Mark 9:23



Rec Letter from Prez. Obama

Mayor Emanuel

US Sen. Mark Kirk

Great US Sen. Tammy Baldwin

The Great Gov. Pat Quinn

Gave this to Tom Hanks & Rita Wilson for XMAS. Chet is now a senior @ NU.

US Sen. Richard Durbin

Northwestern U Letter

Tom Hanks, Jeremiah Balik & Randy Fechter Playtone Productions\Santa Monica Dec '05

US Sen. Dianne Feinstein

Steve P Jobs "Known Inventor" Pat App # 12/659,756

US Sen. Barbara Boxer

Blurry pix of Billy Dec, Jeremy Piven from Piven Theatre Charity event

(Jeremy Piven charity event with Joyce Piven. Plaintiff is Joyce's fave son. Hah

MISC Exhibit 14

47

Mail body: Staples - Atty MISC Exhibit 15

← Jeremy Piven-Drake University letter...

Drake
DRAKE UNIVERSITY

MARKETING AND COMMUNICATIONS

note: "Pivs" played Ari Gold on HBO "Entourage" – character based on super agent Ari Emanuel of WME Entertainment, Red/Pink Enforcer Rahm Emanuel's brother. WME client Hasbro has Plaintiff's $40,000 prototype based on PAT APP #12/659,256 only Hashem/Yeshua can plan like this.

Plaintiff's Lawyer role was 5 lines & under 919.

Dear Mr. Balik:

Thank you for sending information about your current and future plans to the "Update" Alumni Newsletter at Drake University. It is always interesting to hear from alumni, and especially of your interesting events in the acting career.

We were unable to use the picture you submitted because it is a polaroid. However, we enjoyed spotting the "stars". I believe we have another student trying to reach you for a possible story in "Update".

Give our regards to Jeremy Piven also. The best of luck to you both in your careers!

Sincerely,

Sarah Kramer

Sarah Kramer
enclosure

Plaintiff & Actor Jeremy Piven both attended Drake University undergrad. Plaintiff played an attorney opposite Jeremy Pivens on the old "Ellen" episodic TV show shot on WALT DISNEY LOT in Burbank. Jeremy Piven

Forever lover Milana Vayntrub played prosecutor Pam Bozanich on Netflix's "Monsters" ELM Story

would later sleep with Plaintiff's ex-fiancee Melissa Sue Barré in chicago

Sent to Hungry Man Productions, Milana Vayntrub

VA U.S. Department of Veterans Affairs
SOUTHERN NEVADA HCS
6900 NORTH PECOS ROAD
LAS VEGAS NV 89086

202310002 000064 MM
JEREMIAH W BALIK
6900 NORTH PECOS ROAD
LAS VEGAS NV 89086

Passport

UNITED STATES POSTAL SERVICE.

VALLE VERDE
1575 W HORIZON RIDGE PKWY
HENDERSON, NV 89012-9998
(800)275-8777

12/21/2023 12:51 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| USPS Passport Fees | | | $35.00 |
| Application Type: Routine Service | | | |
| Passport Type: Adult Book | | | |
| Money Order | | | $130.00 |
| Serial#: 28784015875 | | | |
| Money Order Fee | | | $2.00 |
| Total | | | $132.00 |
| Grand Total: | | | $167.00 |
| Debit Card Remit | | | $167.00 |

Card Name: VISA
Account #: XXXXXXXXXXXX3886
Approval #: 083515
Transaction #: 236
Receipt #: 073544
Debit Card Purchase: $167.00
AID: A0000000980840 Contactless
AL: US DEBIT

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 314081-0246
Receipt #: 840-58900257-5-10979359-1
Clerk: 69

This card is only for use as a means of identif[...] VA medical facilities. Please bring this card each [...]ise your appointment check-in process.

This card cannot be used as a credit card or an[...]y for care at non-VA facilities.

If you have questions regarding VA healthcare[...] You may also access health care information on the

Didnt trust Defendants staff with handling of very important mail — Had VA ID go to Southern Nevada VA

MISC Exhibit ~~62~~ 49