| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | FILED |
|---|---|
| Jeremiah W. Balik<br>c/o Milana Vayntrub<br>Hungryman Productions<br>4641 Leahy Street, Culver City, CA 90232<br>(608) 220-5103 or (323) 633-1987<br>Jeremiah.Balik@alumni.northwestern.edu | 2024 OCT -1  AM 9:29<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST OF CALIF<br>LOS ANGELES |
| ATTORNEY(S) FOR: Non Licensed Atty ProPer | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jeremiah W. Balik<br><br>Plaintiff(s),<br>v.<br>Uber Technologies, Inc, Rasier CA, LLC, Bigelow Holdings, LLC<br>Defendant(s) | CASE NUMBER:<br>2:24-cv-08432-TJH (PVCx)<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Jeremiah W. Balik, Plaintiff ProPer
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| US Ambassador Rahm Emanuel | Enforcer |
| Former US Congressman Fred S. Upton [Michigan] | " — " |
| MILANA A. VAYNTRUB | Love Interest, God willing future wife. |

10/1/2024
Date

Signature: Jeremiah W. Balik

Attorney of record for (or name of party appearing in pro per):
Jeremiah William Balik

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES